AO 121 (Rev. 06/16)

| TO:  Register of Copyrights  U.S. Copyright Office  101 Independence Ave. S.E.  Washington, D.C. 20559-6000 | REPORT ON THE  FILING OR DETERMINATION OF AN  ACTION OR APPEAL  REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION        ☐ APPEAL | COURT NAME AND LOCATION  Central District of California, Western Divsion |
|---|---|
| DOCKET NO.  2:26-cv-3119 | DATE FILED  3/23/2026 | |

| PLAINTIFF  CRAZY MAPLE STUDIO, INC., a California corporation;  NEW LEAF PUBLISHING, INC., a Delaware corporation;  and REELSHORT LLC, a Delaware limited liability  company | DEFENDANT  SKYWORK AI PTE LTD., a Singapore private limited  company; and DOES 1 through 10, inclusive, |
|---|---|

| COPYRIGHT REGISTRATION  NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 PA 2-483-214 | Breaking the Ice | New Leaf Publishing |
| 2 PAu 4-274-519 | Doctor Boss Is My Baby Daddy | ReelShort, LLC |
| 3 PAu 4-258-413 | How to Tame a Silver Fox | ReelShort, LLC |
| 4 PAu 4-272-796 | My Stepbrother's Dirty Secret | ReelShort, LLC |
| 5 PAu 4-274-225 | Pregnant by My Ex's Professor Dad | ReelShort, LLC |
| 6 PA 2-526-963 | You Fired a Tech Genius | ReelShort, LLC |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY  ☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading |
|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below.  A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED  ☐ Order    ☐ Judgment | WRITTEN OPINION ATTACHED  ☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

DISTRIBUTION:
1) Upon initiation of action,  mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s),  mail copy to Register of Copyrights
3) Upon termination of action,  mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy