NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

CLEAR FORM

Joshua J. Pollack (State Bar No. 215922)

jpollack@nixonpeabody.com

NIXON PEABODY LLP

300 S. Grand Avenue, Suite 4100

Los Angeles, California  90071-3151

Telephone: (213) 629-6000

Facsimile:  (213) 629-6001

ATTORNEY(S) FOR:

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAZY MAPLE STUDIO, INC.,; NEW LEAF PUBLISHING, INC., and REELSHORT LLC <br><br> Plaintiff(s), <br><br> v. <br><br> SKYWORK AI PTE LTD., a Singapore private limited company; and DOES 1 through 10, incl. <br><br> Defendant(s) | CASE NUMBER: 2:26-cv-3119 <br><br><br> **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** <br> **(Local Rule 7.1-1)** |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Pltfs Crazy Maple Studio, Inc., New Leaf Publishing, Inc., and ReelShort LLC
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| CRAZY MAPLE STUDIO, INC., a California corporation | Plaintiff |
| NEW LEAF PUBLISHING, INC., a Delaware corporation | Plaintiff |
| REELSHORT LLC, a Delaware limited liability company | Plaintiff |
| SKYWORK AI PTE LTD., a Singapore private limited company | Defendant |

March 23, 2026

Date

/s/ Joshua J. Pollack

Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiffs

CV-30 (05/13)                          **NOTICE OF INTERESTED PARTIES**