# EXHIBIT A

**Registration Number**
# PA 2-483-214
**Effective Date of Registration:**
August 05, 2024
**Registration Decision Date:**
August 05, 2024

## Title

**Title of Work:** Breaking the Ice

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** July 27, 2024
**Nation of 1st Publication:** United States

## Author

- **Author:** New Leaf Publishing, Inc
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** New Leaf Publishing, Inc
8 The Green, Ste A, Dover, DE, 19901, United States, Dover

## Rights and Permissions

**Organization Name:** New Leaf Publishing, Inc
**Email:** legal@crazymaplestudio.com
**Address:** 1277 borregas ave, Suite C sunnyvale, CA 94089-1311 United States
sunnyvale

## Certification

**Name:** Yapeng Nan

**Date**: July 31, 2024

---

**Correspondence:** Yes