UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAZY MAPLE STUDIO, INC., et al.<br>Plaintiff(s),<br>v.<br>SKYWORK AI PTE LTD, et al.<br>Defendant(s). | CASE NO: 2:26−cv−03119−RGK−AJR<br><br>ORDER SETTING SCHEDULING CONFERENCE |

A Scheduling Conference has been placed on calendar for **November 9, 2026 at 09:00 AM.** The conference will be held pursuant to F.R.Civ. P. 16(b).

Trial counsel should make every effort to be present. However, if trial counsel is not available, any counsel of record, who is noted on the docket of this action, may appear in lieu of trial counsel.

There are no remote apperances.

The parties are reminded of their obligations to disclose information and confer on a discovery plan not later than 21 days prior to the scheduling conference, and to file a joint report with the Court not later than 14 days after they confer, as required by F.R. Civ.P. 26 and the Local Rules of this Court. The report should include a brief factual summary of the case, including the claims being asserted. Failure to comply may lead to the imposition of sanctions.

\\\

\\\

Plaintiff's counsel is directed to give notice of the scheduling conference to each party that makes an initial appearance in the action after this date.

DATED: September 22, 2026

Hon. R. Gary Klausner
United States District Judge