# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAZY MAPLE STUDIO, INC., et al.<br>Plaintiff(s),<br>v.<br>SKYWORK AI PTE LTD, et al.<br>Defendant(s). | CASE NUMBER:<br>2:26−cv−03119−RGK−AJR<br><br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed: 9/21/2026

Document No.: 13

Title of Document: RE Answer and Counterclaim by Defendant Skywork AI PTE LTD

**ERROR(S) WITH DOCUMENT:**

Local Rule 7.1−1 no notice of interested parties.

Other:

**Note: In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated: September 22, 2026

By: */s/ Linda Chai Linda_Chai@cacd.uscourts.gov*
Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**