# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAZY MAPLE STUDIO, INC., et al.<br>Plaintiff(s),<br>v.<br>SKYWORK AI PTE LTD, et al.<br>Defendant(s). | CASE NUMBER:<br>2:26−cv−03119−RGK−AJR<br>**ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| 9/21/2026 | 13 | Answer |
|---|---|---|
| Date Filed | Document. No. | Title of Document. |

**IT IS HEREBY ORDERED:**

A notice of interested parties shall be filed no later than 5 days from entry of this Order.

DATED: September 22, 2026

*/s/ R. Gary Klausner*
United States District Judge