ELEANOR M. LACKMAN (SBN 298594)
eml@msk.com
ROBERT H. ROTSTEIN (SBN 72452)
rxr@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

*Attorneys for Skywork AI Pte Ltd., a Singapore Private Limited Company*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAZY MAPLE STUDIO, INC., a California corporation; NEW LEAF PUBLISHING, INC., a Delaware corporation; and REELSHORT LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>SKYWORK AI PTE LTD., a Singapore private limited company; and DOES 1 through 10, INCLUSIVE,<br><br>Defendants. | CASE NO. 2:26-cv-03119 RGK (AJRx)<br><br>**DEFENDANT SKYWORK AI PTE LTD.'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br><br>Honorable R. Gary Klausner |

Pursuant to Local Civil Rule 7.1-1 and Rule 7.1 of the Federal Rules of Civil Procedure, Defendant and Counterclaim-Plaintiff Skywork AI Pte Ltd., by and through its undersigned counsel, provides the following Notice of Interested Parties and Corporate Disclosure Statement.

Pursuant to Local Civil Rule 7.1-1, the undersigned counsel of record for Skywork AI Pte Ltd., certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal: Skywork AI Pte Ltd.; Skywork AI Inc.; Kunlun Tech Co., Ltd.; Kunlun Group Limited; Hong Kong Kunlun Tech

Holding Limited; LuminCore Tech Limited; Singularity Dynamics Limited; Kunlun Tech Co. Ltd.; Beijing Yingrui Century Software Research and Development Center (Limited Partnership); and Yahui Zhou Qiong Li. Each of the foregoing owns, directly or indirectly, 5% or more of Skywork AI Pte Ltd.'s outstanding stock.

Pursuant to Federal Rule of Civil Procedure 7.1, Skywork AI Pte Ltd., a nongovernmental corporate party, further states that its direct parent corporation is Skywork AI Inc., a Cayman company. No publicly held corporation directly owns 10% or more of its stock. Kunlun Tech Co., Ltd., a publicly held corporation, indirectly owns more than 10% of Skywork through intermediate holding companies.

The undersigned is presently unaware of any other parties that must be disclosed pursuant to Rule 7.1 of the Federal Rules of Civil Procedure or Local Civil Rule 7.1-1.

DATED: SEPTEMBER 25, 2026

ELEANOR M. LACKMAN
ROBERT H. ROTSTEIN
MITCHELL SILBERBERG & KNUPP LLP

By: _/s/ Eleanor M. Lackman_
Eleanor M. Lackman (298594)
Robert H. Rotstein (72452)

*Attorneys for Skywork AI Pte Ltd., a Singapore Private Limited Company*