UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES − GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:26−cv−03119−RGK−AJR | Date | 11/9/2026 |
| Title | CRAZY MAPLE STUDIO, INC. ET AL V. SKYWORK AI PTE LTD. ET AL | | |

Present : The Honorable R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

| | | |
|---|---|---|
| Joseph Remigio | Lidia Perez | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Joshua Pollack<br>Christian Erwin | Robert Rotstein |

**Proceedings:** **SCHEDULING CONFERENCE**

Case called. Court and counsel confer. The Scheduling Conference is held and the Court sets the following dates:

| | |
|---|---|
| Jury Trial: | July 13, 2027 at 09:00 AM |
| Estimated Length of Trial: | 7−9 days. |
| Final Pretrial Conference: | June 28, 2027 at 09:00 AM |
| Motion Cut-Off Date (last day to file): | April 28, 2027 |
| Discovery Cut-Off Date: | April 14, 2027 |
| Last day to file Motion for Leave to Amend the Complaint: | 12/10/2026 |
| The parties shall participate in ADR Settlement Procedure No.: | SP3 |

Other:

**IT IS SO ORDERED.**

:02
Initials of Preparer: jre